Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____   Chapter   11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | JLT Holdings, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FDBA  JLT Enterprises, LLC<br>FDBA  JLT Properties, LLC |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 35-2284657 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 220 Garden Street<br>Yorkville, IL 60560<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Kendall<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

| Debtor | JLT Holdings, LLC | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|--|----------|--|------|--|-------------|--|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|--|--------|--|--|--------------|--|
| | District | | When | Case number, if known | |

Debtor   JLT Holdings, LLC                                         Case number (if known)
         _____
         Name

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    JLT Holdings, LLC                      Case number (*if known*)
       Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     December 3, 2018
                MM / DD / YYYY

X _Lee M. Tkachuk_                Lee M. Tkachuk
Signature of authorized representative of debtor      Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

X _(signature)_               Date   December 3, 2018
Signature of attorney for debtor             MM / DD / YYYY

Adam P. Silverman, Esq. ARDC #6256676
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone    312-435-1050      Email address    aps@ag-ltd.com

#6256676 IL
Bar number and State

## ACTION OF JLT HOLDINGS, LLC F/K/A JLT ENTERPRISES, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY

JLT Holdings, LLC f/k/a JLT Enterprises, LLC, an Illinois limited liability company ("JLT"), in accordance with the Illinois Limited Liability Company Act, as amended, and JLT's *Operating Agreement*, does hereby adopt the following resolutions:

*WHEREAS*, Lee and Jeff Tkachuk (referred to individually as "Lee" and "Jeff") each hold a fifty-percent (50%) membership interest in JLT and are therefore JLT's only members;

*WHEREAS*, JLT owns the following real properties: (1) 220 Garden Street, Yorkville, IL 60560; (2) 4512 Deames Street, Plano, IL 60546; and (3)1800 South Ocean Drive, Unit 3205, Hallandale, FL 33009 (properties one (1) and two (2) above will be referred to as the "Illinois Properties", property three (3) above will be referred to as the "Florida Property", and all three (3) of the properties listed above will be referred to collectively as the "JLT Properties").

*WHEREAS*, McCormick 101, LLC ("McCormick") is the current mortgagee of the JLT Properties and holder of promissory notes (the "Notes") secured by the mortgages on the JLT Properties (the "Mortgages");

*WHEREAS*, McCormick purchased the Notes and Mortgages from JP Morgan Chase Bank, N.A.

*WHEREAS*, JLT is unable to make monthly payments on the Notes to McCormick and has requested one or more financial accommodations from McCormick;

*WHEREAS*, JLT and McCormick were unable to reach agreement on the requested financial accommodations, and McCormick commenced litigation to foreclose on the JLT Properties, among other things, in two separate lawsuits in Illinois and Florida (referred to as the "Florida Suit" and the "Illinois Suit");

*WHEREAS*, the Illinois Suit is currently in discovery;

*WHEREAS*, a judgment of foreclosure (the "Foreclosure Judgment") was entered in the Florida Suit on October 26, 2018 against the Florida Property.

*WHEREAS*, the Foreclosure Judgment provides that the statutory redemption period for the Florida Property expires on December 4, 2018;

*WHEREAS*, JLT sought, but was unable to find, financing to redeem the Florida Property;

*WHEREAS*, JLT consulted with Adelman & Gettleman, Ltd. ("A&G") on November 28, 2018, regarding its options to restructure its debt with McCormick and retain the Florida Property and/or the Illinois Properties;

*WHEREAS*, A&G informed JLT that absent consensual resolution with McCormick, or refinancing, a Chapter 11 bankruptcy was essentially JLT's only option to restructure its debt with McCormick and retain the Florida Property and/or the Illinois Properties;

*WHEREAS*, JLT has concluded that commencing a Chapter 11 bankruptcy case is in the best interests of JLT, its creditors, and other interested parties and desires to retain A&G pursuant to its engagement letter dated November 29, 2018;

**WHEREAS**, in order to secure the funding necessary to pay the advance payment retained requested by A&G in its engagement letter, JLT is required to borrow funds from its affiliate, Keystrokes Transcription Service, Inc., pursuant to a one year, unsecured promissory note of even date herewith (the "Note");

*NOW, THEREFORE BE IT RESOLVED*, JLT is hereby authorized to execute the Note and use the proceeds thereof to retain A&G, and to direct A&G to commence a case under Chapter 11 of the United States Bankruptcy Code for JLT (the "**Chapter 11 Case**");

*RESOLVED, FURTHER*, that JLT will execute and verify a petition under Chapter 11 of the United States Bankruptcy Code, and cause the same to filed with the United States Bankruptcy Court for the Northern District of Illinois;

*RESOLVED, FURTHER*, that JLT will execute and cause to be filed all petitions, schedules, lists, and other papers, and to take any and all action necessary or proper in connection with such proceedings under the Chapter 11 Case, and retain and employ all assistance by legal counsel which it deems necessary or proper with a view to the successful conclusion of such proceeding;

*RESOLVED, FURTHER*, that the members of JLT, and it's agents, including A&G, are hereby authorized and directed to take any and all actions reasonably necessary to commence the Chapter 11 Case and take all actions necessarily arising therein; to execute and cause to be filed all petitions, schedules, lists, and other papers; to take any and all action necessary or proper in connection with such proceedings under the Chapter 11 Case; and to retain and employ A&G as its legal counsel which it deems necessary or proper with a view to the successful conclusion of such proceeding.

*IN WITNESS WHEREOF*, the undersigned has executed this resolution as of this 30ᵗʰ day of November, 2018.


**JLT HOLDINGS, LLC F/K/A JLT ENTERPRISES, LLC**
an Illinois limited liability company

By: _Lee M. Tkachuk_
Lee Tkachuk,
One of its members

By: _____
Jeff Tkachuk,
One of its members