Fill in this information to identify the case:

Debtor name: JLT Holdings, LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beach Club Master Association c/o Marquis Association Management PO Box 30140 Tampa, FL 33630 | | Condo association fees. | | | | $790.94 |
| Beach Club Three 1800 South Ocean Drive Hallandale, FL 33009 | | Condo association fees. | | | | $537.02 |
| Broward County Tax Collector 115 South Andrews Avenue #A100 Fort Lauderdale, FL 33301 | | Unpaid 2018 property taxes for the property commonly known as 1800 South Ocean Drive, Unit 3205, Hallandale, FL 33009. | | | | $13,464.24 |
| Comcast Xfinity Comcast Center 1701 JFK Bouelvard Philadelphia, PA 19103 | | Cable and internet service. | Disputed | | | $0.00 |
| ComEd PO Box 6111 Carol Stream, IL 60197 | | Electricity service. | Disputed | | | $447.78 |
| Florida Power and Light General Mail Facility Miami, FL 33188 | | Electricity service. | Disputed | | | $0.00 |

Debtor   JLT Holdings, LLC
         Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Kendall County Collector<br>111 West Fox Street<br>Yorkville, IL 60560 | | Unpaid 2018 property taxes on the property commonly known as 220 Garden Street, Yorkville, IL 60560. | | | | $13,012.92 |
| Kendall County Collector<br>111 W. Fox Street<br>Yorkville, IL 60560 | | Unpaid 2018 property taxes for the property commonly known as 4512 Deames Street, Plano, IL 60545. | | | | $6,824.57 |
| Lakewood Springs Homeowner's Association<br>c/o Foster Premier, Inc.<br>PO Box 7676<br>Carol Stream, IL 60197 | | Homeowner's association membership. | | | | $35.00 |
| Law Offices of Barry B. Berk<br>53 West Jackson Boulevard<br>Suite 1002<br>Chicago, IL 60604 | | Legal services. | | | | $0.00 |
| McCormick 101, LLC<br>11350 McCormick Drive<br>EP11, Suite 902<br>Hunt Valley, MD 21031 | | Cross collateralized mortgage securing three properties owned by the debtor. | | $1,872,201.58 | $1,780,002.00 Estimated | $92,199.58 |
| Nicor Gas<br>P.O. Box 2020<br>Aurora, IL 60507 | | Gas service. | Disputed | | | $0.00 |
| Prairie Garden Executive Center Assoc.<br>c/o Association Property Management<br>PO Box 976<br>Oswego, IL 60543 | | Executive center association membership. | | | | $0.00 |
| United City of Yorkville<br>WSB Dept. #2040<br>PO Box 5905<br>Carol Stream, IL 60197-5905 | | Water and garbage services for company's storage unit. | Disputed | | | $187.97 |

Debtor   JLT Holdings, LLC
         Name

Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Woods, Weidenmiller, Michetti, & Rudnick 9045 Strada Stell Court Suite 400 Naples, FL 34109 | | Legal services provided by Woods, Weidenmiller, Michetti, & Rudnick, LLP. | | | | $35,000.00 |