**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | JLT Holdings, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 18-33604 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank | Checking | 0509 | $325.08 |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$325.08

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Utility deposit with Nicor Gas provided to utility company approximately 10 years ago. Debtor is investigating the source of the payment. | $238.00 |
| 7.2. | Utility deposit with Nicor Gas provided to utility company approximately 10 years ago. Debtor is investigating the source of the payment. | $68.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    JLT Holdings, LLC                                    Case number *(If known)*  18-33604
_____
Name

9.    **Total of Part 2.**                                                            | $306.00 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:          127,211.06      -      0.00      =....      $127,211.06
_____                        _____
face amount                            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                            | $127,211.06 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

| Debtor | JLT Holdings, LLC | Case number (If known) | 18-33604 |
|---|---|---|---|
| | Name | | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 5,400 square foot single story commercial office building located at 220 Garden Street Building C, Yorkville, Illinois 60560. Office space includes fifteen (15) private offices, one (1) conference room, one (1) break room, one (1) information technology room, and (2) bathrooms. Current value is an estimated value without appraisal. | 100% Fee Simple | $696,604.00 | Estimated value | $800,000.00 |
| 55.2. Two (2) bedroom, two (2) bathroom 1,782 square foot condominium with office space located at 1800 South Ocean Drive, Unit 3205 Hallandale, Florida 33009. Current value is an estimated value without appraisal. | 100% Fee Simple | $461,655.00 | Estimated value | $750,000.00 |
| 55.3. 1,045 square foot two (2) bedroom, one (1) bathroom residential property located at 4512 Deames Street, Plano, Illinois 60545. Co-owned with Lee M. Tkachuk. Current value is an estimated value without appraisal. | 50% Fee Simple | $80,052.00 | Estimated value | $100,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| $1,650,000.00 |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
■ Yes

| Debtor | JLT Holdings, LLC | Case number *(If known)* | 18-33604 |
|---|---|---|---|
| | Name | | |

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities**<br>Property insurance for 4512 Deames Street Plano, IL 60545 with Auto Owners Insurance Co. | Unknown |
| Liability insurance policy with Hartford Underwriters Ins. Co., Hartford Fire Insurance Co., Hartford Casualty Insurance Co., Hartford Insurance Group - DBC, and Evanston Insurance Company. | Unknown |
| Property insurance for 220 Garden Street Yorkville, IL 60560 with Hartford Casualty Insurance Co. | Unknown |
| Property insurance for 1800 South Ocean Drive Unit 3205 Hallandale, FL 33009 with Federal Insurance Company. | Unknown |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

---

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 4

| Debtor | JLT Holdings, LLC | Case number *(If known)* | 18-33604 |
|--------|-------------------|--------------------------|----------|
|        | Name              |                          |          |

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | JLT Holdings, LLC | Case number *(If known)* | 18-33604 |
| | Name | | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $325.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $306.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $127,211.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................................> | | $1,650,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $127,842.14 | + 91b. $1,650,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,777,842.14 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     JLT Holdings, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   18-33604

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** McCormick 101, LLC<br>Creditor's Name<br>11350 McCormick Drive<br>EP11, Suite 902<br>Hunt Valley, MD 21031<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D RIDER #1. | $972,625.68 | $1,200,000.00 |

**Describe the lien**
Mortgage
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0101

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| **2.2** McCormick 101, LLC<br>Creditor's Name<br>11350 McCormick Drive<br>EP11, Suite 902<br>Hunt Valley, MD 21031<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE D RIDER #1. | $586,816.04 | $850,000.00 |
|---|---|---|---|

**Describe the lien**
Mortgage/Judgment
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
0102

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | JLT Holdings, LLC | Case number (if know) | 18-33604 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | $1,559,441.72

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**SCHEDULE D RIDER #1**

**2.1 –** $950,000.00 promissory note dated August 15, 2008 and amended on February 23, 2016 secured by mortgages on: (1) 220 Garden Street Building C Yorkville, IL 60560 and (2) 200 Garden Street Unit D Yorkville, IL 60560.[1] Both properties are the subject of a pending foreclosure suit in Kendall County, IL, Case No. 2017 CH. 290 (the "**IL Foreclosure Case**"). McCormick 101, LLC ("**McCormick**") has asserted that the current amount due on the note is $972,625.68. Below is a breakdown of the alleged debt provided by McCormick as of December 12, 2018:

- Principal: $768,826.31
- Interest: $137,086.00
- Legal Fees: $17,211.01
- Property Taxes: $49,502.36

McCormick has also asserted that the alleged debts referenced in section 2.1 are cross collateralized with the alleged debts referenced in section 2.2.

Debtor disputes the amount of the asserted debt. Debtor's due diligence efforts and investigation continues.

**2.2 --** $475,647.50 promissory note dated March 2, 2010 and amended on February 28, 2016 secured by mortgages on: (1) 1800 South Ocean Drive Unit 3205 Hallandale, FL 33009 ("**Ocean Drive Property**") and (2) 4512 Deames Street Plano, IL 60545 ("**Deames Street Property**"). The Deames Street Property is also the subject of the IL Foreclosure Case. The Ocean Drive Property is the subject of a lawsuit in Florida's 17th Judicial District, CACE17008287 (the "**FL Foreclosure Case**"). On October 26, 2018, Judge Carol-Lisa Phillips entered a judgment in the FL Foreclosure Case against the Debtor and in favor of McCormick in the amount of $586,816.04 (the "**FL Judgment**"), broken down as follows:

- Principal: $417,662.63
- Interest (4/2/2016 to 10/5/2018): $87,794.41
- Pre-Acceleration Late Charges: $4,391.41
- Taxes and Insurance: $43,081.07
- Legal Fees: $30,353.50
- Costs Incurred in Lawsuit: $3,533.02

---

[1] 200 Garden Street Unit D Yorkville, IL 60560 is not listed in Schedule A/B because the Debtor holds no interest in this property, which is wholly owned by the Debtor's principals, Lee and Jeff Tkachuk. Solely for purposes of valuing the collateral that secures McCormick's alleged debt, the Debtor estimates that the fair market value (without appraisal) of the 200 Garden Street Property to be $220,000.00. As such, the estimated market value of the collateral securing the alleged debt referenced in section 2.1 is $1.2 million, consisting of an estimated market value of $800,000.00 for 220 Garden Street Building C Yorkville, IL 60560 and the estimated market value of $220,000.00 for 200 Garden Street Unit D Yorkville, IL 60560.

996298_3

McCormick has asserted that the amount owed under the FL Judgment as of December 12, 2018, is $603,803.77 , which allegedly accounts for post-judgment interest and legal fees, broken down as follows:

- Principal: $586,816.04
- Interest: $6,055.44
- Legal Fees: $10,932.29

McCormick has also asserted that the alleged debts referenced in section 2.2 are cross collateralized with the alleged debts referenced in section 2.1.

Debtor disputes the amount of the asserted debt. Debtor's due diligence efforts and investigation continues.

996298_3

**Fill in this information to identify the case:**

Debtor name _____ JLT Holdings, LLC

United States Bankruptcy Court for the: _____ NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____ 18-33604

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>Broward County Tax Collector<br>115 South Andrews Avenue #A100<br>Fort Lauderdale, FL 33301 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,464.24 | $13,464.24 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Unpaid property taxes for the property commonly known as 1800 South Ocean Drive, Unit 3205, Hallandale, FL 33009. | | |
| | Last 4 digits of account number **2640**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>Florida Department of Revenue<br>1379 Blountstown Hwy.<br>Tallahassee, FL 32304-2716 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>For notice purposes. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    20417                    Best Case Bankruptcy

| Debtor | JLT Holdings, LLC | Case number (if known) | 18-33604 |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section-Level 7-425
Chicago, IL 60601

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,012.92 | $13,012.92 |
|---|---|---|---|---|

Kendall County Collector
111 West Fox Street
Yorkville, IL 60560

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid property taxes on the property commonly
known as 220 Garden Street, Yorkville, IL 60560.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,824.57 | $6,824.57 |
|---|---|---|---|---|

Kendall County Collector
111 W. Fox Street
Yorkville, IL 60560

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Unpaid property taxes for the property commonly
known as 4512 Deames Street, Plano, IL 60545.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| Debtor | JLT Holdings, LLC | Case number (if known) | 18-33604 |
|---|---|---|---|
| | Name | | |

---

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790.94 |
|---|---|---|
| Beach Club Master Association<br>c/o Marquis Association Management<br>PO Box 30140<br>Tampa, FL 33630 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Condo association fees. | |
| **Last 4 digits of account number** 2331 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $537.02 |
|---|---|---|
| Beach Club Three<br>1800 South Ocean Drive<br>Hallandale, FL 33009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Condo association fees. | |
| **Last 4 digits of account number** 1325 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,196.53 |
|---|---|---|
| Chartnet Technologies<br>220 Garden Street<br>Yorkville, IL 60560 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Unsecured loan from Chartnet to debtor (book entry). | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Comcast Xfinity<br>Comcast Center<br>ATTN: Law Department<br>1701 JFK Bouelvard<br>Philadelphia, PA 19103 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Cable and internet service for tenant. | |
| **Last 4 digits of account number** 9032 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447.78 |
|---|---|---|
| ComEd<br>10 South Dearborn<br>49th Floor ATTN: Bankruptcy<br>Chicago, IL 60603 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Electricity service for tenant. | |
| **Last 4 digits of account number** 8062 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| Dolan & Murphy<br>765 Orchard Avenue<br>Aurora, IL 60506 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Potential real estate brokerage commission. | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Florida Environmental Protection Agency<br>c/o Robert A. Williams, Esq.<br>3900 Commonwealth Boulevard<br>Tallahassee, FL 32399 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** For general notice. | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | JLT Holdings, LLC | | Case number (if known) | 18-33604 |
|---|---|---|---|---|
| | Name | | | |

---

**3.8** | **Nonpriority creditor's name and mailing address**
Florida Power and Light
General Mail Facility
Miami, FL 33188

**Date(s) debt was incurred** _
**Last 4 digits of account number** _9562_

**As of the petition filing date, the claim is:** Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Electricity service for tenant._

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
Illinois Environmental Protection Agency
1021 North Grand Avenue East
PO Box 19276
Springfield, IL 62794

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For general notice._

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
Keystrokes Transcription Service, Inc.
220 Garden Street
Yorkville, IL 60560

**Date(s) debt was incurred** _November 30, 2018_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _$50,000.00 on unsecured note._

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
Lakewood Springs Homeowner's Association
c/o Foster Premier, Inc.
PO Box 7676
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number** _2036_

**As of the petition filing date, the claim is:** Check all that apply.    $35.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Homeowner's association membership._

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**
Law Offices of Barry B. Berk
53 West Jackson Boulevard
Suite 1002
Chicago, IL 60604

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Legal services._

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
Nicor Gas
P.O. Box 2020
Aurora, IL 60507

**Date(s) debt was incurred** _
**Last 4 digits of account number** _8968_

**As of the petition filing date, the claim is:** Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _Gas service for tenant._

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
Prairie Garden Executive Center Assoc.
c/o Association Property Management
PO Box 976
Oswego, IL 60543

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Executive center association membership._

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | JLT Holdings, LLC | Case number (if known) | 18-33604 |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113.66 |
|---|---|---|---|

Speechcheck, Inc.
200 Garden Street
Yorkville, IL 60560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Loan from Speechcheck to debtor.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

United City of Yorkville
WSB Dept. #2040
PO Box 5905
Carol Stream, IL 60197-5905

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1007

**Basis for the claim:**  Water, sewer, and garbage services for tenant.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

US Environmental Protection Agency
c/o Richard L. Nagle Bankruptcy Contact
US EPA Region 5
Mail Code C-14J
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  For notice purposes.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

Woods, Weidenmiller, Michetti, & Rudnick
9045 Strada Stell Court
Suite 400
Naples, FL 34109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Legal services in Florida foreclosure litigation.

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 33,301.73 |
| **5b. Total claims from Part 2** | 5b. + | $ | 113,120.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 146,422.66 |

**Fill in this information to identify the case:**

Debtor name    JLT Holdings, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    18-33604

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**    State what the contract or lease is for and the nature of the debtor's interest — Listing agreement to market and sell debtor's property located at 220 Garden Street, Yorkville, IL 60560. <br><br> State the term remaining — Listing agreement ends February 24, 2019 <br><br> List the contract number of any government contract | Dolan & Murphy, Inc. <br> 765 Orchard Avenue <br> Aurora, IL 60506 |
| **2.2.**    State what the contract or lease is for and the nature of the debtor's interest — Triple net lease of commercial office property located at 220 Garden Street, Yorkville, Illinois 60560 for $10,000.00 per month. <br><br> State the term remaining — Lease ends July 31, 2022. Includes a 36 month extension at the option of the tenant. <br><br> List the contract number of any government contract | Keystrokes Transcription Service, Inc. <br> 220 Garden Street <br> Yorkville, IL 60560 |
| **2.3.**    State what the contract or lease is for and the nature of the debtor's interest — Triple net lease of condominium with office space located at 1800 South Ocean Drive, Unit 3205, Hallandale, Florida 33009 for $5,000.00 per month. <br><br> State the term remaining — Lease ends July 31, 2022. Includes a 36 month extension at the option of the tenant. <br><br> List the contract number of any government contract | Keystrokes Transcription Service, Inc. <br> 220 Garden Street <br> Yorkville, IL 60560 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | JLT Holdings, LLC | | | Case number *(if known)* | 18-33604 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease of residential property located at 4512 Deames Street, Plano, Illinois 60545 for $575.00 per month. | |
|---|---|---|---|
| | State the term remaining | Lease ends January 31, 2022. | Sheri Bray |
| | | | 4512 Deames Street |
| | List the contract number of any government contract | | Plano, IL 60545 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      JLT Holdings, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    18-33604

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Jeff Tkachuk | 753 Fir Court<br>Yorkville, IL 60560 | Woods, Weidenmiller, Michetti, & Rudnick | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.2 Jeff Tkachuk | 753 Fir Court<br>Yorkville, IL 60560 | Law Offices of Barry B. Berk | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.3 Jeff Tkachuk | 753 Fir Court<br>Yorkville, IL 60560 | McCormick 101, LLC | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 Jeff Tkachuk | 753 Fir Court<br>Yorkville, IL 60560 | McCormick 101, LLC | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 Keystrokes Transcription Service, Inc. | 220 Garden Street<br>Yorkville, IL 60560 | Comcast Xfinity | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |

Debtor      JLT Holdings, LLC                                    Case number *(if known)*    18-33604

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Keystrokes Transcription Service, Inc. | 220 Garden Street Yorkville, IL 60560 | ComEd | ☐ D _____ <br> ■ E/F ___3.5___ <br> ☐ G _____ |
| 2.7 | Keystrokes Transcription Service, Inc. | 220 Garden Street Yorkville, IL 60560 | Florida Power and Light | ☐ D _____ <br> ■ E/F ___3.8___ <br> ☐ G _____ |
| 2.8 | Keystrokes Transcription Service, Inc. | 220 Garden Street Yorkville, IL 60560 | Nicor Gas | ☐ D _____ <br> ■ E/F ___3.13___ <br> ☐ G _____ |
| 2.9 | Keystrokes Transcription Service, Inc. | 220 Garden Street Yorkville, IL 60560 | Woods, Weidenmiller, Michetti, & Rudnick | ☐ D _____ <br> ■ E/F ___3.18___ <br> ☐ G _____ |
| 2.10 | Keystrokes Transcription Service, Inc. | 220 Garden Street Yorkville, IL 60560 | United City of Yorkville | ☐ D _____ <br> ■ E/F ___3.16___ <br> ☐ G _____ |
| 2.11 | Keystrokes Transcription Service, Inc. | 220 Garden Street Yorkville, IL 60560 | Law Offices of Barry B. Berk | ☐ D _____ <br> ■ E/F ___3.12___ <br> ☐ G _____ |
| 2.12 | Keystrokes Transcription Service, Inc. | 220 Garden Street Yorkville, IL 60560 | Broward County Tax Collector | ☐ D _____ <br> ■ E/F ___2.1___ <br> ☐ G _____ |
| 2.13 | Keystrokes Transcription Service, Inc. | 220 Garden Street Yorkville, IL 60560 | Kendall County Collector | ☐ D _____ <br> ■ E/F ___2.5___ <br> ☐ G _____ |

| Debtor | JLT Holdings, LLC | Case number *(if known)* | 18-33604 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 Keystrokes Transcription Service, Inc. | 220 Garden Street Yorkville, IL 60560 | McCormick 101, LLC | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.15 Keystrokes Transcription Service, Inc. | 220 Garden Street Yorkville, IL 60560 | McCormick 101, LLC | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.16 Lee Tkachuk | 753 Fir Court Yorkville, IL 60560 | Woods, Weidenmiller, Michetti, & Rudnick | ☐ D _____ ■ E/F ___3.18___ ☐ G _____ |
| 2.17 Lee Tkachuk | 753 Fir Court Yorkville, IL 60560 | Law Offices of Barry B. Berk | ☐ D _____ ■ E/F ___3.12___ ☐ G _____ |
| 2.18 Lee Tkachuk | 753 Fir Court Yorkville, IL 60560 | McCormick 101, LLC | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.19 Lee Tkachuk | 753 Fir Court Yorkville, IL 60560 | McCormick 101, LLC | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>JLT Holdings, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF ILLINOIS</td></tr>
<tr><td>Case number (if known)</td><td>18-33604</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 31, 2018     x *Lee M. Tkachuk*
                                    Signature of individual signing on behalf of debtor

                                    Lee M. Tkachuk
                                    Printed name

                                    Authorized Representative
                                    Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy